AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED
AUG 1 0 2026
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY:__________ Deputy

# UNITED STATES DISTRICT COURT

for the

District of Nevada

United States of America
v.
Jorge Alejandro Robles Vizcaino
*Defendant*

Case No. 3:26-mj-00098-CSD

Charging District: Southern District of Texas
Charging District's Case No. 6:26-cr-00034SS-5

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: Corpus Christi Division<br>1133 North Shoreline Blvd.<br>Corpus Christi, TX 78401 | Courtroom No.: TBD before Judge Libby<br><br>Date and Time: 8/20/2026 10:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 8/10/26

CSD
*Judge's signature*

Craig S. Denney, U.S. Magistrate Judge
*Printed name and title*